Richard S. Ralston, Bar # 6290524
WEINSTEIN & RILEY, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Ph. 206-269-3490
Fax 206-269-3493
richardr@w-legal.com
Attorneys for Plaintiff

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Cynthia Walsh,<br><br>Debtor, | Chapter 7<br><br>Case No. 08-24490 |
| Chase Bank USA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>Cynthia Walsh,<br><br>Defendant. | Adversary No.<br><br>COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT: U.S.C. § 523(a)(2)(A) and (C) |

**NOTICE: this is a Complaint alleging that the Defendant has committed fraud against the Plaintiff in connection with the use of a credit account. The Defendant is strongly urged to review it with an attorney. The Defendant may qualify for free or low cost legal assistance. Please contact the State Bar Association for information.**

Plaintiff alleges:

### I. PARTIES AND JURISDICTION

1.  This adversary proceeding is brought under U.S.C. §523(a)(2)(A) and (C).

1- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

40320050

2. Plaintiff, a foreign corporation licensed to do business in the State of Illinois with all licenses paid, and otherwise is entitled to bring this action, is a creditor in this case.

3. Defendant filed a Chapter 7 bankruptcy petition on 09/16/2008.

4. The Court has jurisdiction under 28 U.S.C. §§157 and 1334, and 11 U.S.C. §523.

5. This is a core proceeding.

## II. CAUSE OF ACTION

6. Defendant entered into a written contract with Plaintiff for an open end consumer credit card plan under Account No. XXXXXXXXXXXXXXXXX9327 ("Account").

7. As of the petition date, Defendant owed $22,954.68 on the Account.

8. Between 06/16/2008 and 09/16/2008, the Defendant incurred $7,018.00 in retail charges on the Account (Charges). Of the Account balance, $7,018.00 of Charges were incurred within 70/90 days of the bankruptcy filing for luxury goods and/or services and/or cash advances for consumer credit. These charges are presumed to be nondischargeable. [*See* Transaction History, attached as Exhibit A.]

9. The totality of the circumstances when the Charges were incurred shows that Defendant did not intend to repay the Charges:

    9.1 the Charges were incurred near the date of the bankruptcy filing;

    9.2 the Defendant was in poor financial condition;

    9.3 the response to Statement of Financial Affairs, Questions 1 and 2, indicates an average yearly income of about $50,000 per year in the three years prior to the bankruptcy filing;

    9.4 the amount charged is high;

    9.5 there are numerous charges in a short period of time;

2- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

40320050

    9.6   multiple Charges were incurred on the same day;

    9.7   bankruptcy counseling was sought on or about 9/8/2008;

    9.8   based on the monthly income, monthly living expenses, and circumstances disclosed in the Schedules and Statement of Financial Affairs, no disposable income was available to pay the minimum monthly requirement on unsecured debt;

    9.9   the minimum monthly payment on the $1,460,000 of scheduled unsecured debt (based on a required minimum monthly payment on each account of 2% - 3%) exceeded $43,800 per month before the petition was filed;

    9.10   the Statement of Financial Affairs indicates that no losses from fire, theft, or gambling were incurred for the one year before the petition was filed.

    9.11   other unsecured credit was also utilized; and,

    9.12   there were not sufficient liquid assets that could have been used to service unsecured debt.

10.   Charges were incurred when Defendant could not pay existing financial obligations as they became due.

11.   By incurring the Charges on the Account, Defendant represented an intention to repay them.

12.   Defendant obtained money from the Plaintiff through fraud and false pretenses, false representations and/or actual fraud.

13.   Defendant had a specific intent to defraud Plaintiff by accepting the benefits of the charges without intending to repay them.

14.   Defendant's actions constitute material misrepresentations of the facts.

15. Defendant intended for Plaintiff to rely on those misrepresentations.

16. Plaintiff justifiably relied on Defendant's misrepresentations which induced it to lend money to Defendant.

17. The Charges were incurred for consumer debt.

18. Defendant's conduct has damaged Plaintiff in the amount of $7,018.00.

19. Defendant should be denied a discharge of Plaintiff's claim in the amount of $7,018.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

1. A monetary judgment in the amount of $7,018.00, including accrued interest to the petition filing date, plus contract rate interest to date of judgment, to continue to accrue post-judgment;

2. An Order of nondischargeability under 11 U.S.C. § 523 (a)(2)(A), and (C);

3. An award of reasonable attorney fees and costs; and

4. Additional relief as may be just and equitable.

DATED: 12\3, 2008

WEINSTEIN & RILEY, P.S.

By_____
Richard S. Ralston, Bar # 6290524
2001 Western Avenue, Suite 400
Seattle, WA 98121
Ph. 206-269-3490
Fax 206-269-3493
richardr@w-legal.com
Attorneys for Plaintiff

4- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

40320050

| ADVERSARY PROCEEDING NUMBER |
|---|
| |

| PLAINTIFFS<br>Chase Bank USA, N.A. | DEFENDANTS<br>CYNTHIA WALSH |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Richard S. Ralston<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121<br>206-269-3490 | ATTORNEYS (If Known)<br>C DAVID WARD<br>ATTORNEY AT LAW<br>2756 ROUTE 34<br>OSWEGO, IL 60543<br>630-585-3164 |
| PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Claim for Nondischargeability of Debt pursuant to § 523(a)(2)

**NATURE OF SUIT**

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11- Recovery of money/property - §542 turnover of property
☐ 12- Recovery of money/property - §547 preference
☐ 13- Recovery of money/property - §548 fraudulent transfer
☐ 14- Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21- Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31- Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41- Objection / Revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51- Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a),(1),(14),(14A) priority tax claims
☒ 62-Dischargeability – §523(a)(2) false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability – other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive relief – reinstatement of stay
☐ 72- Injunctive relief – other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgement**
☐ 91- Declaratory Judgement

**FRBP 7001(10) – Determination of Removed Action**
☐ 01- Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78AAA et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case

| ☐ Check if this case involves a substantive issue of state law. | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $7,018.00 |
| Other Relief Sought | |

40320050

| NAME OF DEBTOR<br>CYNTHIA WALSH | | BANKRUPTCY CASE NO.<br>08-24490 |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN | DIVISIONAL OFFICE<br>CHICAGO | NAME OF JUDGE<br>BRUCE W. BLACK |

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>December 2, 2008 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Richard S. Ralston | |

## INSTRUCTIONS

The filing of the bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is field electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on our court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties.** Give the name of the parties to the adversary proceeding exactly as they appear on the complaint. Give the names and addresses of the attorneys if known.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

40320050

| Account Holder Informaton | | | |
|---|---|---|---|
| **Account Holder 1** | | **Account Holder 2** | |
| Name: | CINDY WALSH | Name: | |
| Address: | 404 KNIGHTS BRIDGE CT | Address: | |
| City\State\Zip | OSWEGO, IL  60543-8733 | City\State\Zip | |
| SSN: | -0080 | SSN: | |

**Statement Facsimile**

Account Number: -9327
Statement Date: 10/4/2008    Current Balance: $22,954.68    Credit Limit: $25,000.00

| Posting Date | Reference | Transaction Date | Description | CR | Amount |
|---|---|---|---|---|---|
| 09/22/2008 | 24692168265000320720806 | 09/21/2008 | NAPSTER*ID 809149607    800-8 | D | $14.95 |
| 09/18/2008 | 24418008261261044501204 | 09/16/2008 | STANDARD PRK HURON-ST CLACHICA | D | $10.00 |
| 09/17/2008 | 24164078260799260660162 | 09/16/2008 | BP OIL    03201126   OSWEG | D | $100.00 |
| 09/17/2008 | 24164078260217013770022 | 09/15/2008 | Dominicks Stor00031153   NAPER | D | $53.39 |
| 09/16/2008 | 24164078259799258160053 | 09/14/2008 | BP OIL    03201126   OSWEG | D | $11.41 |
| 09/10/2008 | 24233378253004010179641 | 09/09/2008 | HP HOME STORE    888-9 | D | $186.98 |
| 09/10/2008 | 24445008253450525066442 | 09/08/2008 | OFFICE MAX    OSWEG | D | $5.72 |
| 09/09/2008 | 24445008253449883731530 | 09/08/2008 | STEIN-MART #0182    WHEAT | D | $260.65 |
| 09/08/2008 | 24164078251217013660364 | 09/06/2008 | Dominicks Stor00031153   NAPER | D | $31.92 |
| 09/07/2008 | 24445738250446663323723 | 09/05/2008 | MACY*S EAST  #263    MANCH | D | $9.86 |
| 09/07/2008 | 24445738250446663323806 | 09/05/2008 | MACY*S EAST  #263    MANCH | D | $17.30 |
| 09/07/2008 | 24445008250446965548215 | 09/05/2008 | MEIJER #239    OSWEG | D | $84.31 |
| 09/07/2008 | 24610438250072015358302 | 09/05/2008 | CACHE #231    AUROR | D | $15.16 |
| 09/07/2008 | 24445008250446965548397 | 09/05/2008 | MEIJER #239    OSWEG | D | $127.78 |
| 09/04/2008 | | 09/04/2008 | PURCHASE *FINANCE CHARGE* | D | $160.08 |
| 09/04/2008 | 24164078247217014101092 | 09/02/2008 | Dominicks Stor00019570   OSWEG | D | $19.59 |
| 09/04/2008 | 24445008247443228209681 | 09/02/2008 | OFFICE MAX    OSWEG | D | $30.28 |
| 09/03/2008 | 74399008246295100680773 | 09/02/2008 | BEST BUY MHT 00003103 AUROR | C | ($134.22) |
| 09/03/2008 | 24610438246004009315672 | 09/01/2008 | KMART    3328   NEW L | D | $121.88 |
| 09/03/2008 | 24164058246378003067653 | 09/01/2008 | EXXONMOBIL    88911789 NAPER | D | $58.09 |

| Date | Reference | Date 2 | Description | Type | Amount |
|---|---|---|---|---|---|
| 08/31/2008 | 24455018242141014375069 | 08/28/2008 | WAL-MART #3400   OSWEG | D | $80.03 |
| 08/29/2008 | | 08/29/2008 | **AUTOMATIC PAYMENT - THANK YOU** | C | ($395.00) |
| 08/29/2008 | 74537868242032509110464 | 08/28/2008 | CASEY'S MILTON   MILTO | D | $18.48 |
| 08/29/2008 | 24224438242010004542899 | 08/27/2008 | LORENZOS BISTRO IN AUROR | D | $224.25 |
| 08/28/2008 | 24733098241200051500281 | 08/27/2008 | ANIMAL CARE CENTER MINOO | D | $109.10 |
| 08/28/2008 | 24445008240434421918399 | 08/27/2008 | MEIJER INC #178   Q01   AUROR | D | $75.00 |
| 08/28/2008 | 24445008240434421918134 | 08/27/2008 | MEIJER INC #178   Q01   AUROR | D | $45.70 |
| 08/28/2008 | 24445008240434421918217 | 08/27/2008 | MEIJER INC #178   Q01   AUROR | D | $28.39 |
| 08/27/2008 | 24717058240132400930718 | 08/26/2008 | PHOTOGRAPHY BY FELTES AUROR | D | $365.00 |
| 08/26/2008 | 24498908238701261570634 | 08/25/2008 | NARIHO DOMO 77   AUROR | D | $215.00 |
| 08/25/2008 | 24445008238431195158800 | 08/24/2008 | PARKER'S PAPA'S   CULVE | D | $58.74 |
| 08/25/2008 | 24610438237004077906593 | 08/23/2008 | MINOOKA CITGO   Q39   MINOO | D | $61.23 |
| 08/24/2008 | 74479328235072016438259 | 08/22/2008 | DELTA MEADOWVALE RES & COMISSI | D | $206.27 |
| 08/22/2008 | 24692168234000677164085 | 08/21/2008 | NAPSTER*ID 809149607   800-8 | D | $14.95 |
| 08/20/2008 | 24765018233207000870136 | 08/19/2008 | ENZO SALON & SPA   OSWEG | D | $47.00 |
| 08/20/2008 | 24445008232424384613541 | 08/18/2008 | MEIJER #239   OSWEG | D | $150.03 |
| 08/20/2008 | 24445008232424384613624 | 08/18/2008 | MEIJER #239   OSWEG | D | $75.00 |
| 08/18/2008 | 24399008230295090071184 | 08/16/2008 | BEST BUY MHT  00003103   AUROR | D | $134.22 |
| 08/17/2008 | 24323018229541510019474 | 08/15/2008 | HOULIHAN'S #004   OAKBR | D | $33.00 |
| 08/17/2008 | 24110398229207355800245 | 08/15/2008 | WINDY CITY PIZZA   63090 | D | $32.88 |
| 08/10/2008 | 24418008222222052926301 | 08/08/2008 | STANDARD PRK HURON-ST CLACHICA | D | $10.00 |
| 08/10/2008 | 24610438221004073096991 | 08/07/2008 | COURTYARD BY MARRIOTT-MARMARIN | D | $39.36 |
| 08/10/2008 | 24761978221559220031607 | 08/07/2008 | USA PETROLEUM #0098 MARIN | D | $14.35 |
| 08/08/2008 | 24164078220018663756827 | 08/07/2008 | ENTERPRISE RENT-A-CAR   LOS A | D | $211.83 |
| 08/08/2008 | 24750308220208222985709 | 08/06/2008 | LA BITE   310-4 | D | $33.24 |
| 08/08/2008 | 24164078220217013821915 | 08/06/2008 | Dominicks Stor00019570   OSWEG | D | $13.47 |

| Date | Reference | Post Date | Description | Type | Amount |
|---|---|---|---|---|---|
| 08/07/2008 | 24445008219408306661909 | 08/06/2008 | MEIJER #239          OSWEG | D | $100.16 |
| 08/04/2008 |  | 08/04/2008 | PURCHASE *FINANCE CHARGE* | D | $148.59 |
| 08/03/2008 | 24445008214402019031075 | 07/31/2008 | MEIJER #239          OSWEG | D | $192.97 |
| 08/01/2008 | 24164078213799212490138 | 07/30/2008 | BP OIL      03201126   OSWEG | D | $97.09 |
| 07/29/2008 |  | 07/29/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($377.00) |
| 07/23/2008 | 24610438204004013342795 | 07/22/2008 | ALLIED WASTE SVCS-DIV 480800-4 | D | $96.00 |
| 07/23/2008 | 24445008204389070993867 | 07/21/2008 | MEIJER #239          OSWEG | D | $70.82 |
| 07/23/2008 | 74610438204010177289230 | 07/21/2008 | THE HOME DEPOT 1975 OSWEG | C | ($218.93) |
| 07/23/2008 | 24610438204010177289243 | 07/21/2008 | THE HOME DEPOT 1975 OSWEG | D | $260.33 |
| 07/22/2008 | 24692168203000015439485 | 07/21/2008 | NAPSTER*ID 809149607    800-8 | D | $14.95 |
| 07/21/2008 | 24071058202987185539919 | 07/19/2008 | YMCA CAMP TECUMSEH INC BROOK | D | $10.00 |
| 07/21/2008 | 24164078202799201910131 | 07/19/2008 | BP OIL      03201126   OSWEG | D | $61.01 |
| 07/20/2008 | 24110398201207355000327 | 07/18/2008 | WINDY CITY PIZZA       63090 | D | $20.98 |
| 07/20/2008 | 24445008200383987721945 | 07/18/2008 | MEIJER #239          OSWEG | D | $61.52 |
| 07/18/2008 | 24445008199382359919650 | 07/16/2008 | WALGREENS #5824      OSWEG | D | $23.87 |
| 07/18/2008 | 24231688199207088500629 | 07/16/2008 | 54TH STREET GRILL      GLEN | D | $31.77 |
| 07/17/2008 | 24164078198799197460469 | 07/15/2008 | BP OIL      01103647   HOFFM | D | $61.16 |
| 07/17/2008 | 24164078198217013590690 | 07/15/2008 | Dominicks Stor00019570  OSWEG | D | $35.64 |
| 07/17/2008 | 24445008198381389377849 | 07/15/2008 | MEIJER #239          OSWEG | D | $27.63 |
| 07/16/2008 | 24445008197379792342518 | 07/14/2008 | WALGREENS #4779      MONTG | D | $33.19 |
| 07/11/2008 | 24445008192373372427802 | 07/09/2008 | OFFICE MAX          OSWEG | D | $4.84 |
| 07/10/2008 | 24399008191295070931131 | 07/09/2008 | BEST BUY       00011700  OSWEG | D | $153.35 |
| 07/09/2008 | 24164078190799189380103 | 07/07/2008 | BP OIL      03201126   OSWEG | D | $100.00 |
| 07/04/2008 |  | 07/04/2008 | PURCHASE *FINANCE CHARGE* | D | $130.40 |
| 07/02/2008 | 24299168183904991917847 | 07/01/2008 | JCPENNEY STORE 2928 MONTG | D | $121.51 |
| 07/01/2008 | 24692168182000434698583 | 06/30/2008 | INTERVAL TRA*Renewals   800-8 | D | $336.00 |
| 07/01/2008 | 24493988183401063099997 | 06/30/2008 | LUCY@NAPERVILLE       NAPER | D | $201.59 |

| | | | | | |
|---|---|---|---|---|---|
| 07/01/2008 | 24445008183361605154450 | 06/30/2008 | OBERWEIS DAIRY OSW Q33 OSWEG | D | $17.74 |
| 06/30/2008 | 24164078181953100141620 | 06/29/2008 | PERKINS      00523704  SOUTH | D | $24.89 |
| 06/29/2008 | | 06/29/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($327.00) |
| 06/29/2008 | 24164078180799179750259 | 06/27/2008 | BP OIL    03201126  OSWEG | D | $88.76 |
| 06/26/2008 | 24164078177217013380626 | 06/24/2008 | Dominicks Stor00019570  OSWEG | D | $29.41 |
| 06/23/2008 | 24423638174350529209608 | 06/21/2008 | SPEEDWAY 5384        MOKEN | D | $10.87 |
| 06/22/2008 | 24692168173000473060233 | 06/21/2008 | NAPSTER*ID 809149607    800-8 | D | $14.95 |
| 06/22/2008 | 24164078173799172800092 | 06/20/2008 | BP OIL    03201126  OSWEG | D | $100.00 |
| 06/22/2008 | 24231688172006000003741 | 06/20/2008 | JIFFY LUBE #2566      MONTG | D | $61.86 |
| 06/22/2008 | 24164078172217013331848 | 06/19/2008 | Dominicks Stor00019570  OSWEG | D | $141.25 |
| 06/22/2008 | 24639238172400007300048 | 06/19/2008 | TOP NOTCH KENNELS, INC OSWEG | D | $758.00 |
| 06/19/2008 | 24046248170090000022273 | 06/18/2008 | NAPERVILLE DUPAGE TAXI NAPER | D | $67.00 |
| 06/19/2008 | 24761978170273169010298 | 06/17/2008 | BODY SHOP-130       MYRTL | D | $15.52 |
| 06/19/2008 | 24692168170000069489054 | 06/17/2008 | DELIAS-COASTALGRAND268 MYRTL | D | $26.22 |
| 06/18/2008 | 24224438170020006323541 | 06/17/2008 | FIREHOUSE SUBS - M    MYRTL | D | $44.11 |
| 06/18/2008 | 24610438169072011073855 | 06/17/2008 | BILO #116         MYRTL | D | $19.71 |
| 06/18/2008 | 24445008170344805783182 | 06/17/2008 | BELK #244         MYRTL | D | $71.40 |
| 06/18/2008 | 24445008170344805783265 | 06/17/2008 | BELK #244         MYRTL | D | $47.71 |
| 06/18/2008 | 24073148169900018857513 | 06/16/2008 | THE MELTING POT      843-6 | D | $126.77 |
| 06/18/2008 | 24445008169343984826294 | 06/16/2008 | CVS PHARMACY #3567 Q03 MYRTL | D | $34.54 |
| 06/15/2008 | 24226388166360882370310 | 06/13/2008 | WM SUPERCENTER      MYRTL | D | $85.67 |
| 06/11/2008 | 24610438162004100715291 | 06/09/2008 | THE PANTRY # 431  Q39  MYRTL | D | $72.61 |
| 06/10/2008 | 24427338161720005069213 | 06/09/2008 | FOOD LION #0100     MYRTL | D | $20.58 |
| 06/09/2008 | 24164078160217013220011 | 06/07/2008 | DOMINICKS FUEL10019578 OSWEG | D | $52.74 |
| 06/08/2008 | 24717058158641580815234 | 06/05/2008 | FOX VALLEY AUTO SPA INC OSWEG | D | $7.50 |
| 06/08/2008 | 24610438158004009346103 | 06/05/2008 | KMART     9218   LOCKP | D | $19.53 |

| Date | Ref | Date2 | Description | Type | Amount |
|---|---|---|---|---|---|
| 06/08/2008 | 24326848158732000050267 | 06/05/2008 | FARM AND FLEET/MONTGOMRY MONTG | D | $27.82 |
| 06/06/2008 | 24761978158277157010133 | 06/05/2008 | PORTILLO'S #24   Q04   OSWEG | D | $8.99 |
| 06/04/2008 | | 06/04/2008 | PURCHASE *FINANCE CHARGE* | D | $119.44 |
| 06/04/2008 | 24692168155000293798451 | 06/03/2008 | Amazon.com    AMZN. | D | $31.49 |
| 06/04/2008 | 24226388155360437328931 | 06/03/2008 | WM SUPERCENTER    OSWEG | D | $13.69 |
| 06/02/2008 | 24492808153522892067330 | 06/01/2008 | PILOT    Minoo | D | $75.00 |
| 06/02/2008 | 24492158153849500980368 | 05/31/2008 | PAYPAL *STERLINMARR    402-9 | D | $158.71 |
| 05/30/2008 | 24498908150980002298689 | 05/28/2008 | LEXUS OF NAPERVILLE    NAPER | D | $50.63 |
| 05/29/2008 | | 05/29/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($300.00) |
| 05/29/2008 | 24792628149624475659297 | 05/27/2008 | SOUTHWESTAIR5262307026089D ALLA | D | $5.00 |
| 05/29/2008 | 24164078149799148200071 | 05/27/2008 | AMOCO OIL   03201126   OSWEG | D | $62.31 |
| 05/29/2008 | 24792628149624476388474 | 05/27/2008 | SOUTHWESTAIR5260122454695D ALLA | D | $150.00 |
| 05/27/2008 | 24455018147141011543640 | 05/26/2008 | WAL-MART #3400    OSWEG | D | $293.77 |
| 05/26/2008 | 24610438146010179853971 | 05/24/2008 | THE HOME DEPOT 1975    OSWEG | D | $220.89 |
| 05/26/2008 | 24610438146010179853989 | 05/24/2008 | THE HOME DEPOT 1975    OSWEG | D | $12.11 |
| 05/26/2008 | 24445008146314099296226 | 05/24/2008 | OFFICE MAX    OSWEG | D | $20.15 |
| 05/25/2008 | 24323018145250896010070 | 05/24/2008 | THE UPS STORE #1387    OSWEG | D | $10.85 |
| 05/25/2008 | 24164078144217013060038 | 05/22/2008 | DOMINICKS FUEL10019578    OSWEG | D | $75.00 |
| 05/22/2008 | 24692168142000830857204 | 05/21/2008 | NAPSTER*ID 809149607    800-8 | D | $14.95 |
| 05/22/2008 | 24164078142217013030132 | 05/20/2008 | Dominicks Stor00019570   OSWEG | D | $55.58 |
| 05/16/2008 | 24326848136732000035414 | 05/14/2008 | FARM AND FLEET/MONTGOMRY MONTG | D | $53.55 |
| 05/14/2008 | 24492798134409001401674 | 05/13/2008 | JEWEL-OSCO 3138    OSWEG | D | $59.58 |
| 05/13/2008 | 24455018133141009464854 | 05/11/2008 | WAL-MART #3400    OSWEG | D | $15.94 |
| 05/12/2008 | 24164078132799131320166 | 05/10/2008 | AMOCO OIL   03201126    OSWEG | D | $69.33 |
| 05/12/2008 | 24492798132409002176657 | 05/10/2008 | JEWEL-OSCO #3178   NEW L | D | $26.64 |
| 05/09/2008 | 24445008130292359745561 | 05/08/2008 | ALL ABOUT YOU HAIR AND MAOSWEG | D | $72.00 |
| 05/04/2008 | | 05/04/2008 | PURCHASE *FINANCE CHARGE* | D | $113.26 |

| Date | Ref | Date2 | Description | Type | Amount |
|---|---|---|---|---|---|
| 05/04/2008 | 2422443812504000801 8606 | 05/03/2008 | MURPHY7442ATWALMRT OSWEG | D | $95.89 |
| 05/04/2008 | 2445501812414101283 7451 | 05/03/2008 | WAL-MART #3400       OSWEG | D | $33.05 |
| 05/02/2008 | 2461043812200409732 5327 | 05/01/2008 | GREENE VALLEY CITGOQ39 NAPER | D | $18.97 |
| 04/29/2008 |  | 04/29/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($290.00) |
| 04/27/2008 | 2444500811727615531 0958 | 04/26/2008 | MEIJER #239         OSWEG | D | $78.09 |
| 04/22/2008 | 2469216811200026152 0764 | 04/21/2008 | NAPSTER*ID 809149607    800-8 | D | $14.95 |
| 04/21/2008 | 2461043811100407290 8009 | 04/19/2008 | MINOOKA CITGO   Q39   MINOO | D | $94.92 |
| 04/18/2008 | 2444500810826438069 6632 | 04/17/2008 | MEIJER #239     Q01   OSWEG | D | $62.21 |
| 04/18/2008 | 7444500810826438069 6710 | 04/17/2008 | MEIJER #239     Q01   OSWEG | C | ($5.56) |
| 04/17/2008 | 2461043810700408932 4261 | 04/16/2008 | GREENE VALLEY CITGOQ39 NAPER | D | $36.00 |
| 04/13/2008 | 2442363810325776144 8560 | 04/11/2008 | SPEEDWAY 7887    Q64   INDIA | D | $57.12 |
| 04/09/2008 | 2416407809979909869 0156 | 04/07/2008 | AMOCO OIL    03201126 OSWEG | D | $62.60 |
| 04/07/2008 | 2476197809751038201 1292 | 04/05/2008 | RAINFOREST-DISNEY AML LAKE | D | $20.81 |
| 04/07/2008 | 2476197809751093501 6137 | 04/05/2008 | RAINFOREST-DISNEY AML LAKE | D | $118.94 |
| 04/04/2008 |  | 04/04/2008 | PURCHASE *FINANCE CHARGE* | D | $108.65 |
| 04/03/2008 | 2469216809300095468 5646 | 04/02/2008 | PEN*FDIC/FIRE ENGINEER  800-3 | D | $540.00 |
| 04/01/2008 | 2416405809137800314 6792 | 03/30/2008 | EXXONMOBIL   77779981 NAPER | D | $75.00 |
| 03/30/2008 | 2444500808924022040 2657 | 03/29/2008 | MEIJER INC #169   Q01  BOLIN | D | $39.42 |
| 03/30/2008 | 7469216808800035408 8500 | 03/28/2008 | ONSTAR SUBSCRIPTION    888-4 | C | ($22.11) |
| 03/30/2008 | 2401339808802054543 3316 | 03/27/2008 | GUSTAFSON EYE CARE INC OSWEG | D | $211.00 |
| 03/28/2008 |  | 03/28/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($269.00) |
| 03/23/2008 | 2469216808100063806 4329 | 03/21/2008 | NAPSTER*ID 809149607    800-8 | D | $14.95 |
| 03/23/2008 | 2445501808214101487 8115 | 03/21/2008 | WAL-MART #3400       OSWEG | D | $118.51 |
| 03/16/2008 | 2416407807479907494 0061 | 03/14/2008 | AMOCO OIL    03201126 OSWEG | D | $56.47 |
| 03/14/2008 | 2461043807300400869 0123 | 03/12/2008 | KMART       7399   MONTG | D | $62.55 |
| 03/10/2008 | 2416407806979906832 0111 | 03/08/2008 | AMOCO OIL    03201126 OSWEG | D | $82.06 |

| Date | Ref | Date2 | Description | Type | Amount |
|---|---|---|---|---|---|
| 03/09/2008 | 24692168067000014996274 | 03/07/2008 | CLKBANK*COM YXNXGGLD  800-3 | D | $39.90 |
| 03/04/2008 | | 03/04/2008 | PURCHASE *FINANCE CHARGE* | D | $102.92 |
| 03/02/2008 | 24445008061204332858208 | 02/29/2008 | MEIJER #239    Q01   OSWEG | D | $177.49 |
| 03/02/2008 | 24445738061203523197667 | 02/29/2008 | MACY*S NORTH #0063    AUROR | D | $86.19 |
| 02/29/2008 | | 02/29/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($222.00) |
| 02/29/2008 | 24692168059000048818510 | 02/28/2008 | ONSTAR SUBSCRIPTION    888-4 | D | $18.95 |
| 02/28/2008 | 24164078058217012160288 | 02/26/2008 | Dominicks Stor00019570  OSWEG | D | $69.34 |
| 02/28/2008 | 24164078058799057300127 | 02/26/2008 | AMOCO OIL   03201126   OSWEG | D | $86.64 |
| 02/24/2008 | 24455018054141011874525 | 02/23/2008 | WAL-MART #3400    OSWEG | D | $34.09 |
| 02/22/2008 | 24692168052000329143866 | 02/21/2008 | NAPSTER*ID 809149607   800-8 | D | $14.95 |
| 02/22/2008 | 24445008052192760091643 | 02/20/2008 | WALGREENS #5824  Q03  OSWEG | D | $73.96 |
| 02/17/2008 | 24692168046000678063201 | 02/15/2008 | AWL*PRENTICE HALL    800-9 | D | $104.55 |
| 02/17/2008 | 24316058047548305010886 | 02/15/2008 | SHELL OIL 27441030601   NAPER | D | $75.00 |
| 02/17/2008 | 24326848046732001515512 | 02/14/2008 | FARM AND FLEET/MONTGOMRY  MONTG | D | $99.36 |
| 02/15/2008 | 24423638045183911235536 | 02/13/2008 | 7-ELEVEN 32334   Q05  AUROR | D | $15.61 |
| 02/15/2008 | 24326848045892016100303 | 02/13/2008 | FIRE PROTECTION PUBL-OSU  STILL | D | $72.00 |
| 02/14/2008 | 24492798044409001519805 | 02/13/2008 | JEWEL-OSCO #3102    YORKV | D | $54.76 |
| 02/14/2008 | 24226388044360086986240 | 02/13/2008 | WM SUPERCENTER   OSWEG | D | $53.65 |
| 02/13/2008 | 24445008043181314317044 | 02/11/2008 | MEIJER #239    Q01  OSWEG | D | $95.24 |
| 02/10/2008 | 24445008040176640863722 | 02/08/2008 | GIORDANOS OF OSWEGO   OSWEG | D | $24.67 |
| 02/07/2008 | 24692168037000524676330 | 02/06/2008 | TWX*THIS OLD HOUSE    800-8 | D | $40.00 |
| 02/07/2008 | 24792628037206258500024 | 02/06/2008 | DON C KALANT SR. DDS & A  NAPER | D | $1,248.00 |
| 02/04/2008 | | 02/04/2008 | PURCHASE *FINANCE CHARGE* | D | $92.83 |
| 01/29/2008 | | 01/29/2008 | AUTOMATIC PAYMENT - THANK YOU | C | ($215.00) |
| 01/29/2008 | 24692168028000526442997 | 01/28/2008 | ONSTAR SUBSCRIPTION    888-4 | D | $3.16 |
| 01/28/2008 | 24445008027161398136346 | 01/27/2008 | MEIJER #239    Q01  OSWEG | D | $63.98 |
| 01/27/2008 | 24164078025217011830311 | 01/24/2008 | Dominicks Stor00019570 OSWEG | D | $85.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/25/2008 | 24164078024799023090 118 | 01/23/2008 | AMOCO OIL    01270628    YORKV | D | | $81.16 |
| 01/25/2008 | 24270748023300205640 141 | 01/23/2008 | RIVER HEIGHTS VET CLINIC 630-5 | D | | $276.60 |
| 01/22/2008 | 24692168021000838599 119 | 01/21/2008 | NAPSTER*ID 809149607    800-8 | D | | $14.95 |

Credit Card Statement -          9327                    File Date:                    09/16/2008