```
                IN THE UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLES WALSH SR | ) | No.  08 B 24490 |
| CYNTHIA WALSH. Debtors. | ) | Chapter 7 |
| | ) | Honorable BRUCE W. BLACK |
| | | (Joliet) |

### NOTICE OF WITHDRAWAL OF FINAL REPORT AND NOTICE OF HEARING ON FINAL REPORT, DOCKET ENTRIES 56 AND 58

**PLEASE TAKE NOTICE** that on the 15TH day of December 2011 I filed a Notice Of Withdrawal Of the Final Report and Notice Of Hearing of Final Report, which are docket entries 56 and 58, which will be re-filed.

### CERTIFICATE OF SERVICE

**THE UNDERSIGNED,** as trustee of record states and certifies that he caused a true and correct copy of the above by serving all parties by electronic process.

/s/  Michael G. Berland, Trustee

Michael G. Berland
1 North LaSalle Street, Suite 1775
Chicago, Illinois 60602
312-855-1272