# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: WALSH, CHARLES MICHAEL, JR. | § | Case No. 08-24490 |
| WALSH, CYNTHIA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15AM on 01/20/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/15/2011     By: /s/ Michael G. Berland
                                                   Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: WALSH, CHARLES MICHAEL, JR.  §  Case No. 08-24490 |
| WALSH, CYNTHIA §  |
| § |
| Debtor(s) § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $ __715,217.66__

*and approved disbursements of*            $ __687,830.33__

*leaving a balance on hand of* [1]          $ __27,387.33__

**Balance on hand:**                       $ __27,387.33__

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ __0.00__
Remaining balance:                       $ __27,387.33__

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 8,000.00 | 0.00 | 8,000.00 |
| Trustee, Expenses - MICHAEL G. BERLAND | 64.80 | 0.00 | 64.80 |

Total to be paid for chapter 7 administration expenses:  $ __8,064.80__
Remaining balance:                                       $ __19,322.53__

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,322.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 19,322.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 144,845.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corp c/oBeckett & Lee LLP | 16,397.73 | 0.00 | 2,187.48 |
| 2 | Discover Bank/DFS Services LLC | 6,624.74 | 0.00 | 883.74 |
| 4 | American Express Centurion Bankc/o Beckett & Lee LLP | 7,003.05 | 0.00 | 934.21 |
| 5 | American Express Centurion Bankc/oBeckett & lee LLP | 11,655.50 | 0.00 | 1,554.85 |
| 6 | American Express Bank FSBc/oBeckett & Lee | 3,699.35 | 0.00 | 493.50 |
| 7 | eCAST Settlement Corporation assignee of HSBC Bank | 2,034.02 | 0.00 | 271.34 |
| 8 | FIA CARD SERVICES, /BANK OF AMERICA American infoursce Agent | 25,208.38 | 0.00 | 3,362.82 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 10 | Chase Bank USA NA | 24,933.36 | 0.00 | 3,326.13 |
| 11 | Wells Fargo Bank, N.A MAC S4101-08C | 24,914.45 | 0.00 | 3,323.60 |
| 12 | DuPage Credit Union | 22,375.15 | 0.00 | 2,984.86 |

      Total to be paid for timely general unsecured claims:   $   19,322.53
      Remaining balance:              $     0.00

 Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

 Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

      Total to be paid for tardy general unsecured claims:   $    0.00
      Remaining balance:             $     0.00

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

      Total to be paid for subordinated claims: $    0.00
      Remaining balance:           $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MICHAEL G. BERLAND
                Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                        Case No. 08-24490-BWB
Charles Michael Walsh                                         Chapter 7
Cynthia Walsh
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                  Page 1 of 3                   Date Rcvd: Dec 16, 2011
                              Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2011.
db           +Charles Michael Walsh, Jr.,    404 Knights Bridge Ct.,   Oswego, IL 60543-8733
jdb         #+Cynthia Walsh,    404 Knights Bridge Ct.,   Oswego, IL 60543-8733
12928428      Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12612559     +American Express,    P. O. Box 297871,   Fort Lauderdale, FL 33329-7871
12984189      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12984187      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12612560     +Bank Of America,    P. O. Box 17054,   Wilmington, DE 19884-0001
12612557     +C David Ward,    2756 Route 34,   Oswego, IL 60543-8301
12612561      Chase,    P. O. Box 9001020,   Louisville, KY 40290-1020
13512944      Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
12612562     +Chase Manhattan Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
12612563     +Citi,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
12612566     +DVC Timeshare,    200 Celebration Place,    Celebration, FL 34747-5483
12612565     +DuPage Credit Union,    1515 Bond Street,    Naperville, IL 60563-0112
12612568     +HSBC Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
12612570     +State Bank Of Countryside,    6734 Joliet Road,    Countryside, IL 60525-4599
12612571     +Ticor Title Insurance Co.,    6250 West 95th Street,   Oak Lawn, IL 60453-2702
13506364      Trinity Custom Builders,    Meadows Den & Preserve of Foxborough Est,    c/o Hartz Construction,
               9026 Hertiage Parkway,    Woodridge, IL 60517-4939
12612555     +Walsh Charles Michael Jr,    404 Knights Bridge Ct,    Oswego, IL 60543-8733
12612556     +Walsh Cynthia,    404 Knights Bridge Ct,    Oswego, IL 60543-8733
12612573     +Wells Fargo,    PO Box 348750,   Sacramento, CA 95834-8750
13514261     +Wells Fargo Bank, N.A,    MAC S4101-08C,    100 W. Washington St.,    Phoenix AZ 85003-1814
12612574     +Will County Treasurer,    302 North Chicago Street,    Joliet, IL 60432-4059
13482776      eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12612558      E-mail/Text: bkr@cardworks.com Dec 17 2011 02:31:52      Advanta,   P.O. Box 30715,
               Salt Lake City, UT 84130-0715
12612564      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2011 04:56:05      Discover,   P. O. Box 15316,
               Wilmington, DE 19850
12938551      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2011 04:56:05
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
13488419      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2011 04:55:20
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
12612569     +E-mail/Text: bankrup@nicor.com Dec 17 2011 02:29:17      Nicor Gas,   P. O. Box 418,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12984188*     American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12612567    ##+First Equity,    P.O. Box 84075,   Columbus, GA 31908-4075
12612572    ##Washington Mutual Bank,    P. O. Box 2445,   Chatsworth, CA 91313
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: acox                  Page 2 of 3               Date Rcvd: Dec 16, 2011
                              Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2011**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: acox                 Page 3 of 3                  Date Rcvd: Dec 16, 2011
                               Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2011 at the address(es) listed below:
          C David Ward    on behalf of Debtor Charles Walsh cdward1945@yahoo.com,   ladylaw1031@msn.com
          Christopher M Brown    on behalf of Creditor   Chase Home Finance, LLC
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Plaintiff   Chase Bank USA, N.A. richardr@w-legal.com,
           angelan@w-legal.com;adaml@w-legal.com
          Sandra A. Franco    on behalf of Creditor   State Bank of Countryside sfranco@burkewhite.com
                                                                                             TOTAL: 6