UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WALSH, CHARLES MICHAEL, JR. § Case No. 08-24490
WALSH, CYNTHIA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | DUPAGE CREDIT UNION |  |  |  |  |  |
| 14 | DUPAGE CREDIT UNION |  |  |  |  |  |
|  | Payment fto State Bank Of Countrysi |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | STATE BANK OF COUNTRYSIDE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Recording fees | | | | | |
| Survey | | | | | |
| Tax payment fee CTT | | | | | |
| Title insurance | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| 2008 taxes | | | | | |
| 2008 taxes to Will County Treasurer | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City and county stamps | | | | | |
| County taxes | | | | | |
| State tax stamps | | | | | |
| Earenst money applied to real esta | | | | | |
| Real estate commission plus earnest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P. O. Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | American Express P. O. Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | American Express P. O. Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America P. O. Box 17054 Wilmington, DE 19884 | | | | | |
| | Chase P. O. Box 9001020 Louisville, KY  40290-1020 | | | | | |
| | Citi P.O. Box 6241 Sioux Falls, SD  57117 | | | | | |
| | First Equity P.O. Box 84075 Columbus, GA  31901-4075 | | | | | |
| | HSBC Bank P.O. Box 5253 Carol Stream, IL  60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Nicor Gas P. O. Box 418 Aurora, IL 60568 | | | | | |
| | State Bank Of Countryside 6734 Joliet Road Countryside, IL 60525 | | | | | |
| | Ticor Title Insurance Co. 6250 West 95th Street Oak Lawn, IL 60453 | | | | | |
| | Washington Mutual Bank P. O. Box 2445 Chatsworth, CA 91313 | | | | | |
| | Will County Treasurer 302 North Chicago Street Joliet, IL 60432 | | | | | |
| 1 | ADVANTA BANK CORP C/OBECKETT & LEE | | | | | |
| 6 | AMERICAN EXPRESS BANK FSBC/OBECKETT | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANKC/O | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS CENTURION BANKC/OB | | | | | |
| 10 | CHASE BANK USA NA | | | | | |
| 2 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 12 | DUPAGE CREDIT UNION | | | | | |
| 7 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 8 | FIA CARD SERVICES, /BANK OF AMERICA | | | | | |
| 9 | TRINITY CUSTOM BUILDERS MEADOWS DEN | | | | | |
| 11 | WELLS FARGO BANK, N.A MAC S4101-08C | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 08-24490 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | | | Date Filed (f) or Converted (c): | 09/16/08 (f) |
| | WALSH, CYNTHIA | | | | 341(a) Meeting Date: | 10/15/08 |
| For Period Ending: | 08/07/12 | | | | Claims Bar Date: | 11/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 404 Knights Bridge, Oswego-scheduled | 302,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash-schedlued | 47.00 | 0.00 | | 0.00 | FA |
| 3. Checking-Allied Bank-scheduled | 2.00 | 0.00 | | 0.00 | FA |
| 4. Checking-DuPage-scheduled | 1,900.00 | 0.00 | | 0.00 | FA |
| 5. Checking-Old second-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6. Checking State Bank Countryside-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 7. Checking-Washington Bank-scheduled | 40.00 | 0.00 | | 0.00 | FA |
| 8. Savings-Dupage CU-scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 9. Household goods-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 10. Wearing apparel-scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 11. Fidelity retirement-scheduled | 7,137.93 | 0.00 | | 0.00 | FA |
| 12. Illinois Pension Fund-scheduled | 71,930.00 | 0.00 | | 0.00 | FA |
| 13. Scotttrade IRA-scheduled | 2,914.00 | 0.00 | | 0.00 | FA |
| 14. Scottrae IRA Roth-scheduled | 3,803.00 | 0.00 | | 0.00 | FA |
| 15. Vanguard 401k-scheduled | 111,113.00 | 0.00 | | 0.00 | FA |
| 16. 2000 shares common stocke-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. 2000 Chevrolet Venture-scheduled | 3,900.00 | 0.00 | | 0.00 | FA |
| 18. 2007 Chevrolet Avlanche-scheduled | 23,215.00 | 0.00 | | 0.00 | FA |
| 19. 2007 Lexus-scheduled | 26,680.00 | 0.00 | | 0.00 | FA |
| 20. Timeshare Grande Ocean-scheduled | 1,800.00 | 0.00 | | 0.00 | FA |
| 21. Time share Ocean Watch-Scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 22. Time share Cypress Harbor-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 23. Time share-Saratoga Springs-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 24. 12421 Foxborough,Mokena-uscheduled Owned by corporation which debtors have 100% ownership interest | 0.00 | 715,194.34 | | 715,194.34 | FA |
| 25. Chase Bank-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |

Case 08-24490 Doc 66 Filed 08/15/12 Entered 08/15/12 12:39:23 Desc Main
Document Page 10 of 20

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 08-24490 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | | Date Filed (f) or Converted (c): | 09/16/08 (f) |
| | WALSH, CYNTHIA | | | 341(a) Meeting Date: | 10/15/08 |
| | | | | Claims Bar Date: | 11/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 23.55 | Unknown |
| TOTALS (Excluding Unknown Values) | $563,831.93 | $715,194.34 | | $715,217.89 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee sold property and and received a sum from the mortgagee for distribution to unsecured creditors..The Trustee

has filed his Final Report with the bankruptcy court and a hearing is scheduled for Janaury 2012

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-24490 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | Bank Name: | The Bank of New York Mellon |
| | WALSH, CYNTHIA | | Account Number / CD #: | *******5765 Money Market Account |
| Taxpayer ID No: | *******4477 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312225495765 | Wire in from JPMorgan Chase Bank, N.A. account 312225495765 | 9999-000 | 27,512.15 | | 27,512.15 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.31 | | 27,513.46 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.64 | | 27,515.10 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.58 | | 27,516.68 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.64 | | 27,518.32 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.63 | | 27,519.95 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,520.17 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,520.40 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,520.62 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,520.85 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,521.08 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 27,521.29 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,521.52 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,521.74 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,521.97 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,522.19 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,522.42 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,522.65 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.09 | 27,458.56 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -39.09 | 27,497.65 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,497.87 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.48 | 27,441.39 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,441.62 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.51 | 27,387.11 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,387.33 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,387.56 |
| 01/12/12 | | To Acct #*******5766 | Transfer for purpose of final distribution | 9999-000 | | 27,387.56 | 0.00 |
| | | | Page Subtotals | | 27,523.55 | 27,523.55 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-24490 -BL |
| Case Name: | WALSH, CHARLES MICHAEL, JR. |
| | WALSH, CYNTHIA |
| Taxpayer ID No: | *******4477 |
| For Period Ending: | 08/07/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5765 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 27,523.55 | 27,523.55 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 27,512.15 | 27,387.56 | |
| | | Subtotal | | 11.40 | 135.99 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 11.40 | 135.99 | |

Page Subtotals       0.00       0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-24490 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | Bank Name: | The Bank of New York Mellon |
| | WALSH, CYNTHIA | | Account Number / CD #: | *******5766 Checking Account |
| Taxpayer ID No: | *******4477 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******5765 | Transfer for purpose of final distribution | 9999-000 | 27,387.56 | | 27,387.56 |
| 01/25/12 | | Transfer to Acct #*******5155 | Bank Funds Transfer | 9999-000 | | 27,387.56 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 27,387.56 | 27,387.56 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 27,387.56 | 27,387.56 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals 27,387.56 27,387.56

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-24490 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | WALSH, CYNTHIA | Account Number / CD #: | *******5765 Money Market Account |
| Taxpayer ID No: | *******4477 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/09 | | Chicago Title & Trust | payment of net proceeds per court order | | 27,500.00 | | 27,500.00 |
| | | | DEPOSIT CHECK #8211104238 | | | | |
| | 24 | | Memo Amount: 715,000.00 | 1110-000 | | | |
| | | | Sale of 12421 Foxborough | | | | |
| | 24 | | Memo Amount: 194.34 | 1110-000 | | | |
| | | | Assoc. dues overpayment | | | | |
| | | | Memo Amount: ( 646,646.33 ) | 4110-000 | | | |
| | | | Payment fto State Bank Of Countrysi | | | | |
| | | | Payment fto State Bank Of Countryside | | | | |
| | | | Memo Amount: ( 28,600.00 ) | 3510-000 | | | |
| | | | Real estate commission plus earnest | | | | |
| | | | Real estate commission plus earnest money | | | | |
| | | | Memo Amount: ( 5,000.00 ) | 3510-000 | | | |
| | | | Earenst money applied to real esta | | | | |
| | | | Earenst money applied to real estate commission | | | | |
| | | | Memo Amount: ( 1,280.00 ) | 2820-000 | | | |
| | | | County taxes | | | | |
| | | | Memo Amount: ( 765.00 ) | 2500-000 | | | |
| | | | Title insurance | | | | |
| | | | Memo Amount: ( 50.00 ) | 2500-000 | | | |
| | | | Tax payment fee CTT | | | | |
| | | | Memo Amount: ( 34.75 ) | 2500-000 | | | |
| | | | Recording fees | | | | |
| | | | Memo Amount: ( 357.50 ) | 2820-000 | | | |
| | | | City and county stamps | | | | |
| | | | Memo Amount: ( 715.00 ) | 2820-000 | | | |
| | | | State tax stamps | | | | |
| | | | Memo Amount: ( 295.00 ) | 2500-000 | | | |

Page Subtotals 27,500.00 0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 08-24490 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | WALSH, CYNTHIA | | Account Number / CD #: | *******5765 Money Market Account |
| Taxpayer ID No: | *******4477 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Survey | | | | |
| | | | Memo Amount: ( 3,650.76 ) | 2820-000 | | | |
| | | | 2008 taxes to Will County Treasurer | | | | |
| | | | Memo Amount: ( 300.00 ) | 2820-000 | | | |
| | | | 2008 taxes | | | | |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 27,500.59 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 27,501.78 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 27,502.93 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 27,504.08 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,505.20 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,506.32 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 27,507.47 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 27,508.62 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,509.70 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 27,510.74 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 27,511.97 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.18 | | 27,512.15 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000225495765 | Wire out to BNYM account 000225495765 | 9999-000 | | 27,512.15 | 0.00 |

| | | Page Subtotals | 12.15 | 27,512.15 |
|---|---|---|---|---|

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 08-24490 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | WALSH, CYNTHIA | Account Number / CD #: | *******5765  Money Market Account |
| Taxpayer ID No: | *******4477 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 715,194.34 | COLUMN TOTALS | | 27,512.15 | 27,512.15 | 0.00 |
| | Memo Allocation Disbursements: | 687,694.34 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 27,512.15 | 27,512.15 | |
| | Memo Allocation Net: | 27,500.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 27,512.15 | 27,512.15 | |

Page Subtotals         0.00         0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-24490 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | WALSH, CYNTHIA | Account Number / CD #: | *******5766 Checking Account |
| Taxpayer ID No: | *******4477 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-24490 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | Bank Name: | Congressional Bank |
| | WALSH, CYNTHIA | Account Number / CD #: | *******5155  Checking Account |
| Taxpayer ID No: | *******4477 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5766 | Bank Funds Transfer | 9999-000 | 27,387.56 | | 27,387.56 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 8,000.00 | 19,387.56 |
| 01/25/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Expenses | 2200-000 | | 64.80 | 19,322.76 |
| 01/25/12 | 001003 | Advanta Bank Corp c/oBeckett & Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 1, Payment 13.34026% | 7100-000 | | 2,187.50 | 17,135.26 |
| 01/25/12 | 001004 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Claim 2, Payment 13.34030% | 7100-000 | | 883.76 | 16,251.50 |
| 01/25/12 | 001005 | American Express Centurion Bankc/o Beckett & Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 4, Payment 13.34019% | 7100-000 | | 934.22 | 15,317.28 |
| 01/25/12 | 001006 | American Express Centurion Bankc/oBeckett & lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 5, Payment 13.34023% | 7100-000 | | 1,554.87 | 13,762.41 |
| 01/25/12 | 001007 | American Express Bank FSBc/oBeckett & Lee<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 6, Payment 13.34018% | 7100-000 | | 493.50 | 13,268.91 |
| 01/25/12 | 001008 | eCAST Settlement Corporation assignee of HSBC Bank<br>POB 35480 | Claim 7, Payment 13.34009% | 7100-000 | | 271.34 | 12,997.57 |

Page Subtotals          27,387.56          14,389.99

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-24490 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | Bank Name: | Congressional Bank |
| | WALSH, CYNTHIA | | Account Number / CD #: | *******5155 Checking Account |
| Taxpayer ID No: | *******4477 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Newark, NJ 07193-5480 | | | | | |
| 01/25/12 | 001009 | FIA CARD SERVICES, /BANK OF AMERICA | Claim 8, Payment 13.34025% | 7100-000 | | 3,362.86 | 9,634.71 |
| | | American infoursce Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 01/25/12 | 001010 | Chase Bank USA NA | Claim 10, Payment 13.34024% | 7100-000 | | 3,326.17 | 6,308.54 |
| | | PO BOX 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 01/25/12 | 001011 | Wells Fargo Bank, N.A MAC S4101-08C | Claim 11, Payment 13.34025% | 7100-000 | | 3,323.65 | 2,984.89 |
| | | 100 W. Washington St. | | | | | |
| | | Phoenix, AZ 85003 | | | | | |
| 01/25/12 | 001012 | DuPage Credit Union | Claim 12, Payment 13.34020% | 7100-000 | | 2,984.89 | 0.00 |
| | | 1515 Bond Street | | | | | |
| | | Naperville, IL 60563 | | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 27,387.56 | 27,387.56 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 27,387.56 | 0.00 | |
| | | Subtotal | 0.00 | 27,387.56 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 27,387.56 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 715,194.34 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 687,694.34 | Money Market Account - ********5765 | 11.40 | 135.99 | 0.00 |
| | | Checking Account - ********5766 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 27,500.00 | Money Market Account - ********5765 | 27,512.15 | 27,512.15 | 0.00 |
| | | Checking Account - ********5766 | 0.00 | 0.00 | 0.00 |
| | | Checking Account - ********5155 | 0.00 | 27,387.56 | 0.00 |
| | | | 27,523.55 | 55,035.70 | 0.00 |

Page Subtotals  0.00  12,997.57

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Exhibit 9

| Case No: | 08-24490 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WALSH, CHARLES MICHAEL, JR. | | Bank Name: | Congressional Bank |
| | WALSH, CYNTHIA | | Account Number / CD #: | *******5155  Checking Account |
| Taxpayer ID No: | *******4477 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*